**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-0865-REB-CBS

ESTATE OF APRIL HILL,
SCOTT HILL, personal representative,
SCOTT HILL, as Conservator of the Estate of Katelyn Hill, and
SCOTT HILL, individually,

      Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
MERASTAR INSURANCE COMPANY, a division of Prudential Financial, and
PRUDENTIAL INSURANCE COMPANY OF AMERICA,

      Defendants.

---

MINUTE ORDER

---

      Although the illness of counsel was not previously presented in plaintiff's earlier request for extension of time, the  Motion for Reconsideration re Unopposed Motion for Extension of Time to Respond to Defendant Merastar Insurance Company's Motion for Partial Summary Judgment on the Claims of the Estate of Katelyn Hill for Lost Wages, filed June 23, 2005, is GRANTED.  Plaintiff shall have until **June 27, 2005**, in which to file his response.

Dated: June 23,  2005
-------------------------------------------------------------------------------------------------------------------