### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No.  04-CV-00865-REB-CBS

ESTATE OF APRIL HILL, SCOTT HILL, personal representative,
SCOTT HILL, as Conservator of the Estate of Katelyn Hill, and
SCOTT HILL, individually,

     Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
LIZ MARCHAND,
MERASTAR INSURANCE COMPANY, and
PRUDENTIAL INSURANCE COMPANY OF AMERICA,

     Defendants.

---

### ORDER GRANTING DEFENDANT MERASTAR INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE CLAIMS OF THE ESTATE OF KATELYN HILL FOR LOST WAGES

**Blackburn, J.**

The matter before me is Defendant Merastar Insurance Company's Motion to Dismiss for Partial Summary Judgment on the Claims of the Estate of Katelyn Hill for Lost Wages [#82], filed June 3, 2005.  I find that the reasons stated, arguments advanced, and authorities cited by Merastar in its motion and reply are well-taken, and they are approved, adopted, and incorporated herein.

**THEREFORE, IT IS ORDERED** that Defendant Merastar Insurance Company's Motion to Dismiss for Partial Summary Judgment on the Claims of the Estate of

Katelyn Hill for Lost Wages [#82], filed June 3, 2005, is **GRANTED**.

Dated August 9, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge