**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-00865-REB-CBS

ESTATE OF APRIL HILL, SCOTT HILL, personal representative,
SCOTT HILL, as Conservator of the Estate of Katelyn Hill, and
SCOTT HILL, individually,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
MERASTAR INSURANCE COMPANY, and
PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendants.

**ORDER GRANTING DEFENDANT ALLSTATE INSURANCE COMPANY'S JOINDER IN MERASTAR'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE CLAIMS FOR LOST WAGES**

**Blackburn, J.**

    The matter before me is Defendant Allstate Insurance Company's Joinder in Merastar's Motion for Partial Summary Judgment on the Claims for Lost Wages [#102], filed August 10, 2005. For the reasons, arguments, and authorities stated in my previous order granting Merastar Insurance Company's identical motion (*see* Order Granting Defendant Merastar Insurance Company's Motion to Dismiss for Partial Summary Judgment on the Claims of the Estate of Katelyn Hill for Lost Wages [#98], filed August 9, 2005), the motion should be granted.[1]

---

[1] Plaintiff requests that I treat his response as a motion for reconsideration of my prior order granting Merastar's motion for partial summary judgment "[t]o the extent this Court allows." (Plf. Resp. at 1, n.1.) The Local Rules preclude me from so doing. D.C.COLO.LCivR 7.1C) ("A motion shall not be included in a response or reply to the original motion."). Even had the motion been presented properly, it would be unavailing, as plaintiff has merely restated the arguments he unsuccessfully pressed in his

**THEREFORE, IT IS ORDERED** that Defendant Allstate Insurance Company's Joinder in Merastar's Motion for Partial Summary Judgment on the Claims for Lost Wages [#102], filed August 10, 2005, is **GRANTED**.

Dated September 14, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

---

response to the prior summary judgment motion. ***See Servants of the Paraclete v. Does***, 204 F.3d 1005, 1012 (10th Cir. 2000) ("Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. It is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing.") (citations omitted).