**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-0865-REB-CBS

ESTATE OF APRIL HILL,
SCOTT HILL, personal representative,
SCOTT HILL, as Conservator of the Estate of Katelyn Hill, and
SCOTT HILL, individually,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
MERASTAR INSURANCE COMPANY, a division of Prudential Financial, and
PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendants.

**ORDER OF DISMISSAL OF
DEFENDANTS MERASTAR INSURANCE COMPANY AND PRUDENTIAL
INSURANCE COMPANY OF AMERICA**

**Blackburn, J.**

On October 18, 2005, the parties filed a **Motion for Dismissal With Prejudice as to Defendants Merastar Insurance Company and Prudential Insurance Company of America** [#144].  After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiffs' claims against defendants Merastar Insurance Company and Prudential Insurance Company of America should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion for Dismissal With Prejudice as to Defendants Merastar**

**Insurance Company and Prudential Insurance Company of America** [#144], filed on October 18, 2005, is **GRANTED**;

    2.  That plaintiffs' claims against defendants Merastar Insurance Company and Prudential Insurance Company of America are **DISMISSED WITH PREJUDICE**;

    3.  That defendants Merastar Insurance Company and Prudential Insurance Company of America are **DROPPED** as parties to this action, and the case caption is amended accordingly; and

    4.  That each party shall pay its own attorney fees and costs;

Dated October 19, 2005, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Robert E. Blackburn
                                          Robert E. Blackburn
                                          United States District Judge