**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-0865-REB-CBS

ESTATE OF APRIL HILL,
SCOTT HILL, personal representative,
SCOTT HILL, as Conservator of the Estate of Katelyn Hill, and
SCOTT HILL, individually,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER

---

    The matter comes before the court on Defendant Allstate Insurance Company's Motion for Summary Judgment [#163], and Defendant Allstate Insurance Company's Brief in Support of its Motion for Summary Judgment [#164], both filed November 17, 2005.  Said motion and brief are STRICKEN for failure to comply with this court's order [#162] granting defendant Allstate Insurance Company's motion for leave to file excess pages to twenty pages.  Defendant Allstate Insurance Company shall have until **November 21, 2005**, in which to re-file it's motion and brief in compliance with the court's order and practice standard REB Civ. Practice Standard V.H.3.

Dated:  November 18, 2005
-----------------------------------------------------------------------------------------------------------------