**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-00865-REB-CBS

SCOTT HILL, as Conservator for the Estate of Katelyn Hill

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

_____

ALLSTATE INSURANCE COMPANY

    Counterclaim Plaintiff,

v.

SCOTT HILL, as Conservator for the Estate of Katelyn Hill

    Counterclaim Defendant.

_____

ALLSTATE INSURANCE COMPANY

    Third-Party Plaintiff,

v.

JOHN PAUL

    Third-Party Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court upon the Stipulation of Dismissal with Prejudice [#212] filed by the parties February 21, 2006, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The Court, being fully advised, hereby ORDERS that the following claims and defenses asserted herein are dismissed with prejudice pursuant to Rule 41 of the Federal Rule of Civil Procedure:

1.	All claims asserted in Allstate's Counterclaim, filed September 16, 2005;

2.	All claims asserted in Allstate's Third-Party Complaint, filed September 16, 2005; and

3.	All claims asserted in John Paul's Third-Party Counterclaim, filed November 25, 2005.

4.  Allstate's Affirmative Defenses numbered 23 and 24 as alleged in its Second Amended Answer, filed September 16, 2005.

It is ORDERED further that the parties shall bear their own costs and attorneys' fees.

It is ORDERED further that the parties comply with REB Civ. Practice Standard II.I.1, by specifying by March 3, 2006, which claims, counterclaims, cross-claims, defenses, or parties remain subsequent to this partial settlement and dismissal.

ORDERED this 21st day of February, 2006.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**United States District Judge**