IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-0865-REB-CBS

SCOTT HILL, as Conservator of the Estate of Katelyn Hill,

     Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

     Defendants.

---

ALLSTATE INSURANCE COMPANY

     Counterclaim Plaintiff,

v.

SCOTT HILL, as Conservator for the Estate of Katelyn Hill

     Counterclaim Defendant.

---

ALLSTATE INSURANCE COMPANY

     Third-Party Plaintiff,

v.

JOHN PAUL

     Third-Party Defendant.

---

**ORDER OF DISMISSAL**

---

     This matter comes before the Court upon the Joint Motion and Stipulation to Dismiss Remaining Claims filed by the remaining parties pursuant to Federal Rule of Civil Procedure 41(a)(1).

The Court, being fully advised,  ORDERS that the following claims and related defenses are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41:

1) The Estate of Katelyn Hill's claim for reformation of the Allstate policy to include unlimited Essential Services;

2) The Estate of Katelyn Hill's claim for breach of contract for not paying Essential Services;

3) The Estate of Katelyn Hill's claim for bad faith breach of an insurance contract for not paying Essential Services;

4) The Estate of Katelyn Hill's claim for breach of contract for not paying April Hill's Wage Losses; and

5) The Estate of Katelyn Hill's claim for bad faith breach of insurance contract for not paying April Hill's Lost Wages.

It is FURTHER ORDERED that the parties shall bear their own costs and attorneys fees related to the above-dismissed claims.

It is FURTHER ORDERED that the Trial Preparation Conference set March 10, 2006, at 9:00 a.m., and the trial by jury set to commence March 13, 2006, are VACATED.

It is FURTHER ORDERED that this case is DISMISSED with prejudice, and that JUDGMENT SHALL enter in favor of defendant Allstate Insurance Company and against plaintiff Scott Hill as Conservator for the Estate of Katelyn Hill.

Dated March 2, 2006, at Denver, Colorado.

s/ Robert E. Blackburn
_____
Robert E. Blackburn
United States District Judge